

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2015

No. 04-15-00344-CR

Juan Ruben Sanchez **CERDA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 14-CRS-372
Honorable J.R. "Bobby" Flores, Judge Presiding

# O R D E R

The District Clerk of Starr County has filed a notification of late record, stating that the record has not been filed because "Attorney has not filed the Designation of Clerk's Record."

Appellant is not required to file a request for or designation of materials to be included in the clerk's record. *See* TEX. R. APP. P. 35.3(a); 34.5(a), (b). The filing of the notice of appeal and the trial court's certification of right of appeal trigger the clerk's duty to prepare, certify and file the clerk's record in a criminal case, as long as appellant has either established his inability to proceed without paying costs or made satisfactory arrangements to pay the clerk's fee. *See* TEX. R. APP. P. 35.3(a).

We therefore order the Starr County District Clerk to immediately file the clerk's record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2015.

_____
Keith E. Hottle
Clerk of Court